IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                            **PLAINTIFF**

v.                    **CASE NO. 4:06-CR-00218-BSM**

**DOMINIC R. JACKSON**                                                    **DEFENDANT**
*Reg #24373-009*

**ORDER**

Dominic Jackson's motion to withdraw his motion to vacate or set aside [Doc. Nos. 298, 299] is granted. Jackson's motions for release [Doc. Nos. 300, 301] and *pro se* motion for compassionate release [Doc. No. 302] are denied because there are not extraordinary and compelling circumstances to warrant early release. *See* 18 U.S.C. § 3582(c)(1)(A). Finally, Jackson's second motion to vacate, set aside, or correct sentence under 28 U.S.C. section 2255 [Doc. No. 304] is denied because he has not shown a violation of the Constitution or laws of the United States, nor has he shown that his sentence was in excess of the maximum authorized by law. *See* 28 U.S.C § 2255(a).

Jackson was sentenced to 300 months of imprisonment and ten years of supervised release for aiding and abetting the possession with intent to distribute more than 50 grams of cocaine base; conspiracy to possess with intent to distribute more than 50 grams of cocaine base, approximately 200 grams of cocaine hydrochloride, and less than 5 kilograms of marijuana; aiding and abetting the possession with intent to distribute less than 5 kilograms of marijuana; and aiding and abetting the possession of a firearm in furtherance of a

drug-trafficking offense. *See* Doc. Nos. 1, 122, 148. This sentence was reduced to 180 months of imprisonment followed by eight years of supervised release. *See* Superseding Pet. to Revoke, Doc. No. 276. Jackson's supervised release was revoked on October 25, 2023. *See* Judgment, Doc. No. 286.

Jackson is seeking compassionate release so that he may spend time with his children. His request is denied because his family circumstances do not warrant early release. *See United States v. Gonzalez*, No. 17-CR-60223, 2021 WL 4066897, at *5 (S.D. Fla. Sept. 7, 2021) (families of incarcerated individuals must "make necessary and inconvenient life adjustments during that individual's incarceration"). Jackson also failed to exhausted his administrative remedies. *See* 18 U.S.C. § 3582(c)(1)(A); *see also* United States' Resp. Def.'s Mot. Sentence Reduction Pursuant 18 U.S.C. § 3582(c)(1)(A) at 2–3. This is true because Jackson failed to include any documentation indicating that he met the exhaustion requirement. Finally, the section 3553(a) factors were considered at sentencing and nothing in the record supports a reduction. *See United States v. Ram*, No. 5:13-CR-50045, 2020 WL 3100837, at *3 (W.D. Ark. June 11, 2020) (no reason to revisit section 3553(a) factors when movant has not met his burden of showing extraordinary and compelling reasons to justify early release).

IT IS SO ORDERED this 27th day of January, 2025.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE